MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
300 South Grand Avenue
Twenty-second Floor
Los Angeles, California  90071-3132
Telephone: +1.213.612.2500
Facsimile:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Ashley A. Baltazar, Bar No. 284921
Ashley.baltazar@morganlewis.com
Rebecca N. Friedman, Bar No. 323583
rebecca.friedman@morganlewis.com
One Market, Spear Street Tower
San Francisco, California, 94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Defendants
UNITED NATURAL FOODS, INC.;
WHOLE FOODS MARKET, INC.; and
WHOLE FOODS MARKET CALIFORNIA, INC.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 20, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DAVID PONCE, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED NATURAL FOODS, INC., a Delaware corporation; WHOLE FOODS MARKET, INC., a Texas corporation; WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:19-cv-00668-VAP-SHK<br><br>**[PROPOSED]** ORDER DISMISSING ACTION IN ITS ENTIRETY, WITHOUT PREJUDICE<br><br>[Filed concurrently with Stipulation]<br><br>Complaint filed: February 27, 2019 |

# [PROPOSED] ORDER

Based on the Court's review of the parties' Stipulation to Dismiss Action in its Entirety, Without Prejudice (the "Stipulation"), and good cause having been found, IT IS HEREBY ORDERED AS FOLLOWS:

1. The action is dismissed in its entirety, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Based on the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), the dismissal of class allegations may be, and hereby is, made without notice to the putative class. *See* Fed. R. Civ. Proc. 23(e).

3. Each party shall bear his or its own attorneys' fees and costs with respect to the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: May 20, 2019

_____
Hon. Virginia A. Phillips
Chief United States District Judge